**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| GOLDENTREE ASSET MANAGEMENT L.P., | ) ) ) | |
| Plaintiff, | ) ) ) | Case No.: 1:13-cv-00435 |
| v. | ) ) ) | Judge: Hon. John J. Tharp, Jr. |
| BNP PARIBAS S.A.; SCHMOLZ + BICKENBACH LUXEMBOURG S.A.; SCHMOLZ + BICKENBACH AG., | ) ) ) ) ) | Magistrate: Hon. Jeffrey Cole |
| Defendants. | ) | |

**JOINT MOTION TO EXTEND BRIEFING SCHEDULE**

Plaintiff GoldenTree Asset Management LP ("Plaintiff") and Defendants Schmolz +

Bickenbach Luxembourg S.A., Schmolz + Bickenbach AG, and BNP Paribas ("Defendants")

jointly move this Court to extend the briefing schedule related to Plaintiff's forthcoming

Opposition to Defendants' Motions to Dismiss by 14 days. The Parties jointly request that this

Court amend that briefing schedule as follows: (1) Plaintiff to file their Opposition to

Defendants' Motions to Dismiss on or before Tuesday, May 28, 2013; and (2) Defendants to

Reply, if necessary, on or before June 27, 2013. The Parties further request that this Court's

prior Order regarding extended page limits for briefing on the Motions to Dismiss be applied to

this extended briefing schedule. In support of this Joint Motion, the Parties state as follows:

1.      On December 14, 2012, Plaintiff filed the Complaint in this action in the Circuit

Court of Cook County, Illinois as case number 12-L-014066.

2.    On January 18, 2013, Defendants removed the Complaint to this Court (Dkt. No. 1.)

3.    On January 23, 2013, Defendants filed their unopposed motion for extension of time to answer or otherwise respond to the Complaint. (Dkt. No. 8).

4.    On January 24, 2013, the Court granted Defendants' motion and set a briefing schedule on any motion to dismiss filed in response to the Complaint. (Dkt. No. 10.)  Pursuant to that briefing schedule, Defendants' answer, motion to dismiss, or other responsive pleading were due on March 7, 2013, Plaintiff's response to any such motion was due on or before April 22, 2013, and Defendants' reply in support of any such motion was due on or before May 22, 2013. (Dkt. No. 10).

5.    On February 26, 2013, this Court entered an Order granting Defendants leave to file up to 35 pages in support of their respective Motions to Dismiss.  The Court also granted Plaintiffs up to 35 pages to respond, and also granted Defendants up to 20 pages to reply. (Dkt. No. 26).

6.    On March 4, 2013, Plaintiffs and Defendants filed a joint motion to extend the briefing schedule.  (Dkt. No. 27).

7.    On March 6, 2013, this Court entered an Order granting Plaintiff and Defendants an extension of the briefing schedule on Defendants' Motions to Dismiss.  Pursuant to that briefing schedule, Defendants' Motions to Dismiss were due on or before March 28, 2013, Plaintiff's response was due on or before May 13, 2013, and Defendants' reply in support of any such motion was due on or before June 12, 2013.  (Dkt. No. 29).

8.    Counsel for Plaintiff and counsel for the Defendants agree to the requested briefing schedule extension as set forth herein.

**WHEREFORE,** all Parties jointly move this Court to extend the briefing schedule related to Plaintiff's forthcoming opposition to Defendants' Motions to Dismiss by 14 days, as set forth herein.

Dated: May 9, 2013                                    Respectfully submitted,


s/ Michael Hanin*_____
An attorney for Plaintiff
GoldenTree Asset
Management LP

Mark Ressler*
Michael Hanin*
Kasowitz, Benson, Torres & Friedman LLP
1633 Broadway
New York, NY 10019
(212) 506 1700

Christopher M. Ellis
Bolen Robinson & Ellis, LLP
202 South Franklin, 2nd Floor
Decatur, IL 62523
(217) 429-4296
cellis@brelaw.com

*Attorneys for Plaintiff GoldenTree Asset
Management LP*

/s William R. Lee_____
An attorney for Defendants
Schmolz + Bickenbach AG
and Schmolz + Bickenbach AG
Luxembourg, S.A.

Michael Dockterman
William R. Lee
EDWARDS WILDMAN PALMER LLP
225 W. Wacker Drive
Suite 3000
Chicago, IL 60606
Phone: (312) 201-2000
Fax: (312) 201-2555

wlee@edwardswildman.com

*Of Counsel*
Stuart Baskin*
Brian H. Polovoy*
SHEARMAN & STERLING LLP
599 Lexington Avenue
New York, NY 10022
Phone: (212) 848-4000

*Attorneys for Defendants Schmolz + Bickenbach AG and Schmolz + Bickenbach AG Luxembourg, S.A.*

/s Charles F. Smith, Jr._____
An attorney for Defendant BNP Paribas

Charles F. Smith, Jr.
Mairead J. Schwab*
Skadden Arps Slate Meagher & Flom, LLP CH
155 North Wacker Drive
Suite 2700
Chicago, IL 60606-1720
Phone: (312) 407-0700
Fax: (312) 407-0411
charles.smith@skadden.com

*Attorneys for Defendant BNP Paribas*

*  Admitted *Pro Hac Vice*

4

**CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that he caused a copy of the foregoing

**Joint Motion to Extend Briefing Schedule** to be filed *via* CM/ECF on May 9, 2013, which will

send notification of the filing to all counsel of record in this matter.


/s Michael Hanin_____