**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| GOLDENTREE ASSET MANAGEMENT L.P., | ) ) ) | |
| Plaintiff, | ) ) ) | Case No.: 1:13-cv-00435 |
| v. | ) ) ) | Judge: Hon. John J. Tharp, Jr. |
| BNP PARIBAS S.A.; SCHMOLZ + BICKENBACH LUXEMBOURG S.A.; SCHMOLZ + BICKENBACH AG., | ) ) ) ) ) | Magistrate: Hon. Jeffrey Cole |
| Defendants. | ) | |

**NOTICE OF MOTION**

**TO:** All Counsel of Record

**PLEASE TAKE NOTICE** that on Monday, May 13, 2013 at 12:30 p.m., or as soon as thereafter as counsel may be heard, counsel shall appear before the Honorable John J. Tharp, Jr., or in his absence, any other Judge who may be sitting in his stead, in Courtroom 1419 of the United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn St., Chicago, Illinois, and shall then and there present their Joint Motion to Extend Briefing Schedule, a true and correct copy of which is attached hereto and hereby served upon you.

Dated: May 9, 2013                               Respectfully submitted,

                                                                        s/ Michael Hanin*_____
                                                                        An attorney for Plaintiff
                                                                        GoldenTree Asset
                                                                        Management LP

Mark Ressler*
Michael Hanin*
Kasowitz, Benson, Torres & Friedman LLP
1633 Broadway
New York, NY 10019
(212) 506 1700

Christopher M. Ellis
Bolen Robinson & Ellis, LLP
202 South Franklin, 2nd Floor
Decatur, IL 62523
(217) 429-4296
cellis@brelaw.com

*Attorneys for Plaintiff GoldenTree Asset Management LP*

/s William R. Lee_____
An attorney for Defendants
Schmolz + Bickenbach AG
and Schmolz + Bickenbach AG
Luxembourg, S.A.

Michael Dockterman
William R. Lee
EDWARDS WILDMAN PALMER LLP
225 W. Wacker Drive
Suite 3000
Chicago, IL 60606
Phone: (312) 201-2000
Fax: (312) 201-2555
wlee@edwardswildman.com

*Of Counsel*
Stuart Baskin*
Brian H. Polovoy*
SHEARMAN & STERLING LLP
599 Lexington Avenue
New York, NY 10022
Phone: (212) 848-4000

*Attorneys for Defendants Schmolz + Bickenbach AG and Schmolz + Bickenbach AG Luxembourg, S.A.*

2

/s Charles F. Smith, Jr.
An attorney for Defendant BNP Paribas

Charles F. Smith, Jr.
Mairead J. Schwab*
Skadden Arps Slate Meagher & Flom, LLP CH
155 North Wacker Drive
Suite 2700
Chicago, IL 60606-1720
Phone: (312) 407-0700
Fax: (312) 407-0411
charles.smith@skadden.com

*Attorneys for Defendant BNP Paribas*

\* Admitted *Pro Hac Vice*

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that he caused a copy of the foregoing **Notice of Motion** to be filed *via* CM/ECF on May 9, 2013, which will send notification of the filing to all counsel of record in this matter.

/s Michael Hanin