# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
### Eastern Division

| | | |
|---|---|---|
| Goldentree Asset Management LP | | |
| | Plaintiff, | |
| v. | | Case No.: 1:13−cv−00435 |
| | | Honorable John J. Tharp Jr. |
| BNP Paribas S.A., et al. | | |
| | Defendant. | |

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, May 10, 2013:

    MINUTE entry before Honorable John J. Tharp, Jr:The parties' joint motion to extend briefing schedule [35] is granted. No appearance on the motion is required. Plaintiffs opposition to defendants motions to dismiss due on or before 5/28/2013. Defendants' reply, if any, due 6/27/2013. The expanded page limits previously authorized by the Court remain in effect.Mailed notice(air, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.